

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-13-00794-CV

**IN THE INTEREST OF D.E., A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02843
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal from a judgment terminating appellant's parental rights. Although appellant's brief was due December 23, 2013, it has not been filed. **We ORDER appellant to file his brief on or before January 27, 2014. NO EXTENSIONS WILL BE GRANTED.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court

VOL____PAGE____